# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

MAGISTRATE JUDGE JEFFREY L. CURETON
DEPUTY CLERK: Julie Harwell
INTERPRETER: No
A.M.
TOTAL COURT TIME: 8 MINS.

COURT REPORTER: DEBBIE SAENZ

DATE HELD: May 24, 2016 (Tuesday)

CR. No. 4:16-CR-132-A

| Defendants | | Counsel for Defendants |
|---|---|---|
| UNITED STATES OF AMERICA | § | Dan Cole for ~~CHRIS WOLFE~~, AUSA  Shawn Smith |
| v. | § | |
| BRIAN MATTHEW BROWN (02) | § | JAMES P. WHALEN (02) |
| AMANDA ROSE CHAMBERLAIN (03) | § | PASQUEL LEE FOR TRACIE L. TIPPEN (03) |
| LEE FOGLE (04) | § | KEVIN B. ROSS (04) |
| BILLY FRED GENTRY, JR. (05) | § | MICHAEL R. HARRIS (05) |
| CHAYCE DANIEL HODGES (06) | § | PRESTON L. JONES (06) |
| ROGER WAYNE LANGSTON (08) | § | J. STEVEN BUSH (08) |
| MICHAEL JOHN MIZE (10) | § | CODY L. COFER (10) |
| RAUL RANGEL (11) | § | ANDREW OTTAWAY (11) |
| BILLY RAY SKAGGS (15) | § | DOYLE R. BUNCH, III (15) |
| DONALD LANCE TAYLOR (16) | § | CODY L. SKIPPER (16) |
| MELISSA VEATCH (17) | § | TALY HAFFAR (17) |
| DREW JUSTICE WINDSOR (18) | § | BRETT D. BOONE (18) |

## ARRAIGNMENT

☐ Arraignment Hearing - Contested   ☐ Arraignment Hearing - Non-Evidentiary

Trial Status:   ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ☐ Settled/Guilty Plea  ✔ None   Days in Trial: _____   Hearing Concluded: ✔ Yes  ☐ No

✔ Defendant SWORN.
✔ Arraignment - Held on count(s) **1 of 1** count(s) of Indictment.
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔ Defense waived reading of the Indictment.
✔ Deft enters a plea of       ✔ Not Guilty       ☐ Guilty  ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
☐ Waiver of Indictment, filed.
✔ Trial set for **August 1, 2016 at 8:30 a.m.** (Order to follow)
   Pretrial motions due:_____.  Discovery motions/Government Responses due:_____.
☐ Defts bond ☐ set ☐ reduced to $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☐ continued  ☐ forfeited
✔ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 4 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

OTHER PROCEEDINGS: