UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:16-CR-132-A** |
| | § | |
| **LEE FOGLE** | § | |

## NOTICE OF APPEAL

Notice is hereby given that Lee Fogle, Defendant, appeals to the United States Court of Appeals for the Fifth Circuit from the judgment and sentence entered in the above-entitled case on December 16, 2016, by the Honorable John McBryde, United States District Judge for the Northern District of Texas, Fort Worth Division.

Dated: December 19, 2016

    /s/ Kevin B. Ross
KEVIN B. ROSS, P.C.
State Bar of Texas Card No. 24033020

LAW OFFICE OF KEVIN B. ROSS, P.C.
8150 N. Central Expy.
Suite 601
Dallas, Texas 75206
(214) 731-3151
214-594-8988 (fax)
kbr@rosscrimlaw.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

On this 19th, day of December, 2016, a true and correct copy of the foregoing Notice of Appeal was delivered to Shawn Smith, Assistant United States Attorney, Northern District of Texas, via ECF system.

/s/ Kevin B. Ross
KEVIN B. ROSS