1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF TEXAS

3                    FORT WORTH DIVISION

4   UNITED STATES OF AMERICA,      ) CASE NO. 4:16-CR-132-A
                                    )
5           Government,             )
                                    ) FORT WORTH, TEXAS
6   VERSUS                          )
                                    ) DECEMBER 16, 2016
7   LEE FOGLE (04),                 )
                                    )
8           Defendant.              ) 10:33 A.M.

9

10                      VOLUME 1 OF 1
                   TRANSCRIPT OF SENTENCING
11            BEFORE THE HONORABLE JOHN McBRYDE
              UNITED STATES DISTRICT COURT JUDGE

12

13  **A P P E A R A N C E S:**

14  FOR THE GOVERNMENT:     MR. SHAWN SMITH
                            UNITED STATES DEPARTMENT OF JUSTICE
15                          NORTHERN DISTRICT OF TEXAS
                            801 Cherry Street, Suite 1700
16                          Fort Worth, Texas  76102-6882
                            Telephone:  817.252.5200
17
    FOR THE DEFENDANT:      MR. KEVIN B. ROSS
18                          Law Office of Kevin B. Ross, PC
                            8150 N. Central Expwy, Suite M2070
19                          Dallas, Texas  75206
                            Telephone:  214.736.1447
20

21  COURT REPORTER:         MS. DEBRA G. SAENZ, CSR, RMR, CRR
                            501 W. 10th Street, Room 424
22                          Fort Worth, Texas  76102
                            Telephone:  817.850.6661
23                          E-Mail: debbie.saenz@yahoo.com

24  Proceedings reported by mechanical stenography, transcript

25  produced by computer.

1                              **I N D E X**

2    **PROCEEDING**                                          **PAGE**

3    Objections to PSR by Mr. Ross...................   04

4    TESTIMONY OF MIKE McCURDY

5       Direct Examination by Mr. Ross...............   06

6       Cross-Examination by Mr. Smith...............   11

7    Court's Findings................................   13

8    Government's Motion for 5K1.1...................   14

9    TESTIMONY OF MIKE McCURDY

10      Direct Examination by Mr. Smith..............   14

11   Court's Findings................................   17

12   Statements on Sentencing

13      By Mr. Ross..................................   18

14      By the Defendant.............................   22

15   Sentence of the Court...........................   23

16   Reporter's Certificate..........................   28

17   Word Index......................................   29

18

19                 **GOVERNMENT'S EXHIBIT INDEX**

20   **NO.   DESCRIPTION**                               **ADMITTED**

21   1    List (SEALED)                                17

22

23

24

25

**P R O C E E D I N G S**

December 16, 2016 – 10:33 a.m.

1    *THE COURT:* Okay.  I'm next calling in Case Number

2    4:16-CR-132-A, this time it's United States of America versus

3    Lee Fogle.

4          And Mr. Smith's here for the government, and

5    Mr. Ross is here for the defendant.

6          Mr. Fogle, state your full name for the record.

7          *THE DEFENDANT:* Lee Davis Fogle, Your Honor.

8          *THE COURT:* You appeared before me back in, I

9    believe it was July, July 8th, 2016, when you entered a plea

10   of guilty to the offense charged by a one-count superseding

11   indictment, and the offense to which you proposed -- you

12   pleaded guilty is the offense of conspiracy to possess with

13   intent to distribute a controlled substance, and we're here

14   today for sentencing based on the conviction resulting from

15   that plea of guilty.

16          Mr. Ross, did you and your client receive in a

17   timely manner the Presentence Report and the addenda to it?

18          *MR. ROSS:* Yes, Your Honor.

19          *THE COURT:* Did both of -- there were two addenda.

20   Did both of you read those items and then discuss them with

21   each other?

22          *MR. ROSS:* We did, Your Honor.

23          *THE COURT:* Okay.  I believe there were some

1    presentence -- there were some objections to the Presentence

2    Report.  You've seen the government's response to the

3    objections, the probation officer's response, and my order

4    expressing my tentative conclusion that they are without

5    merit.

6              Do you still want to urge any of them?

7              MR. ROSS:  Your Honor, we will withdraw objection

8    number 2.

9              I would like to reurge objection number 1 and offer

10   some brief testimony in support of, for purposes of later

11   argument, Your Honor.

12             THE COURT:  Your objection number 1 is what you want

13   to continue to urge?

14             MR. ROSS:  Yes, Your Honor.  Well, actually, it

15   would be 1, 3, 4, and 5, but if the Court does not sustain

16   objection number 1, then objection 3, 4, and 5 become

17   insig- -- irrelevant, Your Honor.

18             THE COURT:  Okay.  Objection number 1 has to do

19   with -- it's to paragraph 17 of the Presentence Report.  Let

20   me find that.

21             MR. ROSS:  17 and 33, Your Honor.

22             THE COURT:  Be more specific.  What language in

23   paragraph 17 are you objecting to?

24             MR. ROSS:  Your Honor, we're objecting to paragraph

25   17 in and of itself, that the quantities in the transaction

1    that is alleged to have occurred between Mr. Cropp,

2    Ms. Hatley, and Mr. Fogle between September and December of

3    2015, that is based on a proffer of Michael Jordan, that that

4    is factually inaccurate, that that did not occur, Your Honor.

5            THE COURT:  So it's the sentence that says, between

6    September and December 2015, Cropp and Hatley distributed 1

7    kilogram of methamphetamine to Fogle on two occasions?

8            Is that what you're objecting to?

9        MR. ROSS:  Yes, Your Honor, that transaction --

10       THE COURT:  That sentence?

11       MR. ROSS:  That language, yes, Your Honor.

12       THE COURT:  Okay.  Hold on just a minute.

13           Well, the government supplemented its response by a

14   document it filed day before yesterday, and the supplemental

15   response had with it a report of interview of Jordan.

16       MR. ROSS:  That's correct, Your Honor.

17       THE COURT:  That -- where Mr. Jordan said that

18   during the period between September and December 2015, Jordan

19   saw Cropp and Hatley provide 1 kilogram of meth to Lee Fogle

20   on two occasions at a hotel, and apparently the government has

21   concluded that that's reliable information and the probation

22   officer did, too.

23           Do you have any evidence that you want to offer on

24   that subject?

25       MR. ROSS:  Your Honor, very briefly, I would like to

```
 1    call the agent, Mike McCurdy, just very briefly, Your Honor.

 2                  THE COURT:  That's fine.  Come on up.

 3                  THE WITNESS:  Yes, Your Honor.

 4                  THE COURT:  He's been sworn in this case.

 5                             MIKE MCCURDY,

 6    having been first duly sworn, testified as follows:

 7                          DIRECT EXAMINATION

 8    BY MR. ROSS:

 9    Q.      Good morning, Agent.  How are you?

10    A.      Good morning, sir.  I'm fine.

11    Q.      Could you state your name for the record, please.

12    A.      Mike McCurdy.

13    Q.      And how are you employed?

14    A.      I'm a Special Agent with Homeland Security

15    Investigations.

16    Q.      And you've been an agent that has investigated this

17    extensive conspiracy; is that correct?

18    A.      Yes, sir.

19    Q.      And can you give an estimate or ballpark for the

20    Court how many individuals are involved in this conspiracy?

21    A.      The overarching conspiracy?

22    Q.      The overarching conspiracy.

23    A.      Several hundred.

24    Q.      Several hundred?

25    A.      Yes, sir.
```

1   Q.      You had the opportunity to sit down and be present at

2   the interview with or the proffer session with Mr. Jordan; is

3   that correct?

4   A.      Yes, sir.

5   Q.      And that was a lengthy proffer session; is that

6   right?

7   A.      Yes, sir, it was.

8   Q.      And in the course of that proffer, Mr. Jordan made

9   the statement that he had observed Mr. Fogle and Mr. Cropp and

10  Ms. Hatley at a hotel doing transactions of 1 kilogram of

11  methamphetamine on two occasions; is that correct?

12  A.      Yes, sir.

13  Q.      Did he tell you what hotel that was?

14  A.      No, sir, not that I recall.

15  Q.      So he didn't know which hotel that it had occurred

16  in, correct?

17  A.      I don't know that we asked him.

18  Q.      Okay.

19  A.      I don't -- I don't recall if he knew or not, but I

20  don't -- it's not in my notes and I don't recall.

21  Q.      Okay.  And he just gave you a specific time -- a time

22  frame that's kind of broad between September and December; is

23  that correct?

24  A.      September to December of 2015.

25  Q.      Okay.  And in the course of your investigation, was

1    one of your focuses on Mr. Fogle, primarily, as far as you

2    being the agent that really dealt with stuff that concerned

3    Mr. Fogle?

4    A.      I wouldn't say that was -- I'm somewhat familiar with

5    Mr. Fogle, but I wouldn't say I was the primary agent on

6    Mr. Fogle's portion of the investigation.

7    Q.      Okay.  Now, in the course of the proffers that you've

8    reviewed and being an agent in this case having reviewed all

9    that material, there wasn't any other person in this vast

10   conspiracy that ever stated or told the government that

11   Mr. Fogle had dealt methamphetamine at a hotel with Ms. Hatley

12   and Mr. Cropp, correct?

13   A.      Not that I recall, although I don't think we had any

14   information that anyone else was present at the hotel during

15   those transactions.  So, obviously if no one else was present,

16   they couldn't provide us information about it.

17   Q.      Okay.  And you don't have any other information that

18   Mr. Fogle dealt specifically in dealing with Mr. Cropp,

19   correct?

20   A.      Let me think for a moment.  We had other information

21   that Mr. Fogle dealt with members of the Aryan Brotherhood of

22   Texas.  Mr. Cropp was a member of the Aryan Brotherhood of

23   Texas, but I can't say -- to the best of my recollection, no

24   other specific information that they dealt directly.

25   Q.      So there's no other individual that has said that

1  Mr. Fogle dealt methamphetamine with Mr. Cropp, specifically,

2  correct?

3  *A.*        Not that I recall.

4  *Q.*        Okay.  Now, Mr. Fogle has proffered and cooperated

5  with the government as well; is that correct?

6  *A.*        He did proffer.

7  *Q.*        And in light of that, the government has acted on

8  some of Mr. Fogle's information; is that correct?

9  *A.*        Yes, sir.

10  *Q.*        And the government does that and you do that because

11  you deem that the information that Mr. Fogle has given to the

12  government is credible; is that correct?

13  *A.*        Yes.  We're not going to act on information that we

14  don't believe is credible.

15  *Q.*        Okay.  And so Mr. Fogle, in his proffers with you,

16  has disclosed information that you guys didn't know before he

17  disclosed it, correct?

18  *A.*        To the best of my recollection, yes, sir.

19  *Q.*        And so you would deem Mr. Fogle's information that

20  he's provided to you as credible, correct?

21  *A.*        Yes.  I don't recall any information that he provided

22  us that we deemed not to be credible.

23  *Q.*        Okay.  And so what it boils down to now is --

24          *THE COURT:*  Let's don't make an argument.  You can

25  make an argument later on, if you'd like.

1          *MR. ROSS:* I'm sorry, Your Honor.

2          *THE COURT:* Let me ask you this. Did you ever

3     ask -- was Mr. Fogle ever asked about this transaction that

4     Mr. Jordan described?

5          *THE WITNESS:* To the best of my recollection, Your

6     Honor, he would have been asked about transactions with

7     Mr. Cropp, generally. I don't recall -- we have a list of

8     names we go through, so he would have been asked about if he

9     had ever either conducted that transaction with Mr. Cropp, or

10    seen Mr. Cropp conduct a transaction, but I don't recall

11    asking him about these two specific transactions.

12         *THE COURT:* Well, did you -- we've had more 5K1.1

13    motions filed in this overall conspiracy thing than I've ever

14    seen. Did you find, as you went along, that the people you

15    interviewed would minimize their own involvement, but be

16    honest in telling you about involvement of other people?

17         *THE WITNESS:* In some instances, yes, sir.

18         *THE COURT:* Okay. Go ahead.

19    Q    (BY MR. ROSS) Agent McCurdy, in this particular case,

20    Mr. Fogle, again, gave you information that you guys

21    already --

22         *THE COURT:* I think we've been through all that

23    before.

24         *MR. ROSS:* Yes, Your Honor.

25         *THE COURT:* Let's don't keep going over the same

```
 1    thing.  If you have something new, go ahead and ask it.

 2              MR. ROSS:  Thank you, Judge.

 3              Mr. McCurdy, I don't have any further questions.

 4         Your Honor --

 5              THE COURT:  Okay.  Do you have anything you want to

 6    ask?

 7              MR. SMITH:  Yes, Your Honor.

 8              THE COURT:  Okay.
```

                          **CROSS-EXAMINATION**

```
10    BY MR. SMITH:

11    Q.        Now, what rank did Mr. Shawn Cropp have in the Aryan

12    Brotherhood?

13    A.        He was the Outside Major, meaning that he was the

14    highest-ranking member of the ABT in the Metroplex.

15    Q.        And were people scared of Mr. Cropp?

16    A.        Yes.  Almost everyone who talked about Mr. Cropp

17    indicated they had some degree of fear of him and the ABT in

18    general.

19    Q.        And Mr. Jordan provided information about a lot of

20    Aryan Brotherhood of Texas members; is that right?

21    A.        Yes.  Yes, he did.

22    Q.        And Mr. Cropp was one of them?

23    A.        Yes.

24    Q.        And did Mr. Jordan express fear in doing so?

25    A.        Yes, he did.  In fact, Mr. Jordan, himself, was a
```

1    member of the ABT.  During his interviews with us, he

2    described previous occasions where Mr. Cropp had assaulted

3    him, and particularly related to methamphetamine.  So, yes, by

4    interviewing with us, Mr. Jordan, in my opinion, was putting

5    himself in significant danger.

6    Q.      Okay.  Now, during this time frame that Mr. Jordan

7    attributes this interaction between Mr. Cropp and the

8    defendant, are there other people that indicate that Mr. Cropp

9    was kind of using -- had the same kind of MO of using hotels

10   to do -- random hotels at any given time to do drug

11   transactions?

12   A.      Yes, absolutely.  Specifically, I recall that Leslie

13   Payne talked about transactions with Mr. Cropp in a hotel

14   room, and I believe Leslie Holliday also talked about

15   transactions with Mr. Cropp in hotel rooms.

16   Q.      Okay.  So it's kind of a common practice for this

17   group to distribute drugs at hotels, do their drug

18   transactions and then move on; is that right?

19   A.      Yes.  I would say that it's both a common practice

20   for drug distributors, in general, and more specifically in

21   this conspiracy.

22        MR. SMITH:  No further questions, Your Honor.

23        THE COURT:  Okay.  Did you have anything else you

24   wanted to ask him?

25        MR. ROSS:  No, Your Honor.

1          THE COURT:  Okay.  You can step down.

2          THE WITNESS:  Yes, sir.

3          THE COURT:  Did you have any evidence you wanted to

4     offer?

5          MR. ROSS:  Your Honor, the evidence from

6     Mr. McCurdy's testimony and --

7          THE COURT:  Pardon?

8          MR. ROSS:  The evidence has already been presented.

9          THE COURT:  Other than what we've heard.

10          MR. ROSS:  No other evidence, Your Honor.

11          THE COURT:  Okay.  Well, I'll overrule the

12     objection.  The probation officer found that to be reliable,

13     and the government found it to be reliable, and there hasn't

14     been any evidence to contradict it.  I don't take what you

15     developed through him as being evidence to contradict it, so

16     I'll overrule that objection.

17          Okay.  There being no further objections to the

18     Presentence Report, the Court adopts as the fact findings of

19     the Court the facts set forth in the Presentence Report as

20     modified or supplemented by the addendum and any rulings I've

21     made from the bench.

22          And I do find from a preponderance of the evidence

23     that the statement in paragraph 17 that was at issue, that

24     between September and December 2015, Cropp and Hatley

25     distributed 1 kilogram of methamphetamine to Fogle on two

1    occasions, resulting in 2 kilograms of methamphetamine, I find

2    that that is an accurate statement from a preponderance of the

3    evidence.

4          The Court adopts as the conclusions of the Court the

5    conclusions expressed in the Presentence Report as modified or

6    supplemented by the addendum and any conclusions I've

7    expressed from the bench.

8          The Court concludes that the total offense level is

9    37; that the Criminal History Category is III; that the

10   guideline imprisonment range is 262 to 327 months; that the

11   guideline supervised release range is 4 to 5 years; that the

12   guideline fine range is $20,000 to $5 million; and that a

13   special assessment of $100 is mandatory.

14         Okay.  You can make whatever -- let's see.  The

15   government had a motion for a 5K1.1 motion.

16         Does the government wish to offer any evidence in

17   support of that?

18         *MR. SMITH:*  Yes, Your Honor.  The government would

19   call Agent McCurdy.

20         *THE COURT:*  Okay.

21                          **MIKE MCCURDY,**

22   having been first duly sworn, testified as follows:

23                     **DIRECT EXAMINATION**

24   BY MR. SMITH:

25   *Q.*     Please tell the Court how Mr. Fogle has provided

1    substantial assistance in the prosecution of others.

2    A.        Yes, sir.  Mr. Fogle conducted a proffer debrief with

3    us.  He provided information on seven defendants in the same

4    round of the investigation as him, who were arrested and

5    charged at approximately the same time.

6    Q.        Can you go ahead and read those into the record.

7    A.        Yes, sir.  Those include Melissa Veatch, Joe Pierce,

8    Holly Frantzen, Brian Zimmerman, Lance Taylor, Billy Leverett,

9    and Michael Steppitch (phonetic).

10             THE COURT:  Those were people who were arrested the

11   same time the defendant was?

12             THE WITNESS:  Yes, sir.

13             THE COURT:  So y'all already had the information you

14   needed to have probable cause to arrest them?

15             THE WITNESS:  We already had probable cause, Your

16   Honor.  In the case of at least three of those defendants,

17   perhaps more but at least three, at the time that Mr. Fogle

18   provided his information, they had not pled guilty yet.

19             THE COURT:  Were other people providing information

20   on the others as well?

21             THE WITNESS:  Yes, sir.

22             THE COURT:  It seems to me like, as we've gone

23   along, everybody's providing information on everybody else.

24             THE WITNESS:  A substantial number of the defendants

25   have cooperated, yes, sir.

1          *THE COURT:*  Okay.  Go ahead.

2     *Q   (BY MR. SMITH)*  Was the timing important, as it relates

3     to Mr. Fogle's interviews and proffers, in relation to those

4     people that you -- any of those names that you read into the

5     record?

6     *A.*      As I mentioned, in the case of at least three of

7     those defendants, Veatch, Pierce, and Frantzen -- and perhaps

8     some of the others, but I'm certain of those three -- he

9     provided the information prior to them pleading guilty, so

10    there's certainly an argument to be made that his information

11    contributed to those guilty pleas.

12    *Q.*      Okay.  And all those people that you mentioned there

13    did, in fact, plead guilty or have been convicted; is that

14    right?

15    *A.*      Everyone on that list pled guilty.

16    *Q.*      Okay.  Now, in addition to that, there are other

17    individuals that Mr. Fogle has brought information about that

18    are future targets; is that right?

19    *A.*      Yes, sir.  Mr. Fogle provided information about five

20    future targets.

21    *Q.*      Okay.  And do you know, in conjunction with how many

22    others, how many other cooperators have provided information

23    about those particular individuals?

24    *A.*      I would say that the names he provided were all

25    previously known to the investigation.  We already had some

1    information on those other individuals.  I can't give you

2    specific numbers by person.  At least three of them were very

3    well-known in the investigation, three of the five; and the

4    other two, I would say, to a lesser extent, they were already

5    known, they were already targets based on information we had

6    received from other sources.

7           MR. SMITH:  Okay.  And the government offers Exhibit

8    Number 1 as a sealed exhibit as it relates to those five

9    individuals, Your Honor.

10          THE COURT:  Okay.  It's received.  And is this like

11   before, you want it under seal?

12          MR. SMITH:  Yes, Your Honor.

13          THE COURT:  Okay.  Has the defendant's attorney seen

14   it?

15          MR. SMITH:  Yes.

16          MR. ROSS:  I have.

17          THE COURT:  Okay.  I'll receive Government's Exhibit

18   1 under seal.

19          MR. SMITH:  Nothing further, Your Honor.

20          THE COURT:  Okay.  Do you have any questions you

21   want to ask him?

22          MR. ROSS:  No, no further questions, Your Honor.

23          THE COURT:  Okay.  You may step down.

24          THE WITNESS:  Yes, sir.

25          THE COURT:  I find that the defendant has provided

1    substantial assistance to the government in the investigation

2    and prosecution of criminal activities of others, and,

3    therefore, is eligible for a sentence below the bottom of the

4    guideline range.

5         I'm not in a position now to say that, in fact, he

6    will receive a sentence below the bottom of the guideline

7    range, but he's eligible for it, and I'll hear from the

8    defendant and his attorney on that subject.

9         Okay.  At this time you can make whatever statement

10   you would like to make on behalf of your client, and include

11   in it whatever you want to say on the subject of a possibility

12   of a sentence below the bottom of the guideline range.

13        *MR. ROSS:*  Thank you, Your Honor.

14        Your Honor, first, I would note that I have had the

15   opportunity to visit with Mr. Fogle on many occasions and

16   delve also, not into this offense, but also his background and

17   his history, his childhood growing up.

18        The Court will note that he has some criminal

19   history, some significant criminal history.  It started at a

20   very young age.  At the same time, Your Honor, the Court, in

21   the PSR, has noted his childhood, a very difficult childhood,

22   where there was substance abuse, physical abuse in his home

23   where he left his home around the age of 15, had trouble in

24   school, and, Your Honor, had gotten some testing done while he

25   was in school and it seemed as if, as reported in the

1    Presentence Report, that there were some psychological and

2    mental issues because of the trouble at home.

3            Unfortunately, Your Honor, that has lead to a life

4    of unlawful activity and mistakes, but also through the

5    process of drug addiction, self-medicating, and as the Court

6    notes, it's a spiral, and it just keeps going and going and

7    going, unfortunately, until people can get some sort of help.

8    And there is a path that people take -- oftentimes end up in

9    court, as we're here today -- that's tragic.

10           I would ask the Court to -- as the Court has read

11   the Presentence Report, the background and the history of

12   Mr. Fogle, that it's not -- it's not surprising that we are

13   here.  But in talking with Mr. Fogle over these last several

14   months, Your Honor, I can tell you that he is an individual

15   that has some talents, and he has some skills, and he used

16   those in the wrong way, but I do believe that they are

17   redeemable.

18           I do believe that a prison sentence, Your Honor,

19   that allows him to be able to get the treatment that he needs

20   from a counseling standpoint for his depression, and the ADHD

21   issues that he's gotten, Your Honor, that he's never really

22   been able to get the help that he needs, which led to the

23   self-medication with the illicit drugs and into the drug

24   dealing.

25           He hasn't had role models before him to pattern a

20

1   life of, to set boundaries for him.  He's just been left to

2   his own devices for most of his childhood life, which led into

3   an adulthood that was really no different.

4         But I know that he is committed to, while he is in

5   prison, to get the help that he needs and to take that

6   seriously.  He has a young son that he does not want to see go

7   down the same path that he has gone down.

8         So while he is incarcerated, Your Honor, I know that

9   he wants to take advantage of the RDAP program, the 500-hour

10  drug substance abuse program, and also any life skills

11  programs that they have, as well as counseling issues,

12  counseling programs that he could participate in to help him

13  deal with depression and anger issues that have sprouted up

14  since childhood.

15        Being incarcerated, Your Honor, and having that

16  opportunity to be focused on those things, as well as getting

17  more education and vocational skills, will afford him the

18  opportunity, when he is released, to be able to put those

19  things into practice, and the biggest incentive that he has to

20  do those things in the right way is his son.  It's to be the

21  man and the father that he will have the opportunity to be, if

22  he comes out a changed man, and that's a motivating factor

23  that he has really come to grips with.

24        He has been in prison before, Your Honor.  He's been

25  in trouble with the law before, but being in trouble

1    federally, where you're looking at a substantial amount of

2    time, I think he's gotten the message, and he will get the

3    message.

4            And he is coming forward, he's coming forward in

5    cooperating with the government, taking responsibility for his

6    actions, letting the government know that -- things that they

7    didn't know about him and who he dealt with.  He wasn't trying

8    to minimize at all, Your Honor.  He's accepted responsibility

9    for his offenses.

10           I would ask the Court to carefully consider a

11   guideline -- a sentence below the guidelines in this case,

12   Your Honor, to allow him the opportunity to get the help that

13   he needs, to pay the penalty that he needs to pay for his

14   crimes that he's committed, but taking all those things into

15   consideration that we've discussed and allowing him to be able

16   to work on himself as an individual, and then when he gets

17   out, to be the father and the man that he knows that he needs

18   to be, has to be, and wants to be for his son.

19           And with that, Your Honor, and with the character

20   letters that we had submitted to the Court, he's got people

21   out there that are -- that are supportive of him.  His mother

22   is present in the court, along with some friends.  His mother,

23   Your Honor, has -- it's changed her life dramatically since

24   Mr. Fogle's childhood, and the relationship that she's had now

25   with her son, Lee, over the last couple of years has gotten a

1    lot better, so there's a lot of work to do, and we're asking

2    the Court to sentence Mr. Fogle to a sentence below the

3    guidelines so he'll have that opportunity to work on himself

4    and rekindle those relationships and be a role model to his

5    family, to his son, Your Honor.

6            THE COURT:  Okay.  Mr. Fogle, you have the right to

7    make any statement or presentation you would like to make on

8    the subject of mitigation, that is, the things you think the

9    Court should take into account in determining what sentence to

10   impose, or on the subject of sentencing more generally, and at

11   this time I'll invite you to do that.

12           THE DEFENDANT:  Your Honor, let me start by saying,

13   I completely accept full responsibility for my actions in the

14   instance of this offense and those leading up to it.  For as

15   long as I can remember, I've let my misguided and disturbed

16   emotions guide my way of thinking and my decision-making

17   process, inevitably leading me to make the wrong decisions.

18           I read somewhere once where it said, my whole life,

19   I've judged the world by its intentions, while the world

20   judged me by my actions.  That being said, at the end of the

21   day, I can blame only myself for my current situation and the

22   consequences that will follow.

23           I've used the talents God gave me foolishly for the

24   wrong things instead of the right.  I sadly didn't believe

25   myself capable of much more.  I know I'm about to be sentenced

1   to the longest period of time in my life, but I also know my

2   heart that I'm going to do whatever it takes to make the best

3   of it.

4           Your Honor, I have no doubt that you have and do

5   hear endless cries and pleas for mercy, so I'm humbly asking

6   without expecting your leniency, and just a chance at a

7   sentence that gives me the opportunity to better myself

8   without having to spend the better part of my adult life to do

9   it.

10          I just want to say thank you, and God bless you and

11  everyone in this courtroom.

12          THE COURT:  Okay.  Considering your criminal history

13  and the conduct involved in this action, had it not been for

14  the government's motion, I would be sentencing you at the very

15  top of the guideline range, which would be a 327-month

16  sentence, but I am going to give significant weight to your

17  cooperation with the government.

18          I'm going to sentence you -- if I just went to the

19  bottom of the guideline range, that would be a reduction of 65

20  months of what I otherwise would have sentenced you at, and

21  that would be based on your cooperation with the government or

22  your assistance to the government.

23          I'm going to go a little below that even,

24  another  12 months, and impose a sentence of 250 months,

25  which would  be a reduction of 77 months below what your

1    sentence would have been, had it not been for your cooperation

2    with the government, so that's the sentence I'm going to

3    impose.

4            It will be a sentence of 250 months of imprisonment,

5    and that would run concurrently with several state court case

6    sentences.  It would be Case Numbers 1408130D, 1408132D,

7    1408134D in the 297th District Court of Tarrant County,

8    Texas -- no, those cases are in the 213th Criminal District

9    Court of Tarrant County, Texas.  It also will run concurrently

10   with Case Number 1423973D in the 297th District Court of

11   Tarrant County, Texas.

12           And the sentence I'm imposing will run consecutively

13   to any sentence imposed in Case Number 1423971D in the 297th

14   District Court of Tarrant County, Texas -- no, that number is

15   wrong.

16           The number it's to run consecutively to is in the

17   297th District Court of Tarrant County, Texas, but it's Case

18   Number 1423971D, and that -- your sentence of imprisonment

19   would be followed by a term of supervised release of 5 years,

20   and then you'll be obligated to pay a special assessment of

21   $100.  That's payable immediately to the United States of

22   America through the office of the clerk of court here in Fort

23   Worth.

24           I'm satisfied that the sentence of the kind I've

25   described will adequately and appropriately address all the

1  factors the Court should consider in sentencing under 18

2  United States Code section 3553(a), as well as your

3  cooperation with and assistance with the government.

4       So the Court's ordering and adjudging that the

5  defendant be committed to the custody of the Bureau of Prisons

6  to serve a term of imprisonment of 250 months.

7       And it will be consecutive to the sentences I've

8  already mentioned and to the -- let me back up.  It will be

9  concurrent with the several cases I've already mentioned and

10  consecutive to the one case I've already mentioned.

11       The defendant -- I'm ordering the defendant to serve

12  a term of supervised release of 5 years to start once he's

13  completed his sentence of imprisonment.

14       While on supervised release, the defendant shall

15  comply with the standard conditions that will be set forth in

16  the judgment of conviction and sentence, and the following

17  additional conditions:

18       He shall not commit another federal, state, or local

19  crime.

20       He shall not unlawfully possess a controlled

21  substance.

22       He shall cooperate in the collection of DNA as

23  directed by the probation officer.

24       He shall participate in mental health treatment

25  services as directed by the probation officer until

1    successfully discharged, and those services may include

2    prescribed medications by a licensed physician, and he'll

3    contribute to the cost of those services at the rate of at

4    least $25 a month.

5           He shall refrain from any unlawful use of a

6    controlled substance, and shall submit to one drug test within

7    15 days of release from imprisonment or at least -- and at

8    least two periodic drug tests thereafter as directed by the

9    probation officer.

10          He shall participate in a program approved by the

11   probation officer for the treatment of narcotic or drug or

12   alcohol dependency, and that will include testing for the

13   detection of substance use, and he shall abstain from the use

14   of alcohol and all other intoxicants during and after

15   completion of that treatment, and he'll contribute to the cost

16   of those services at the rate of $25 a month, at least that

17   much.

18          And the Court also orders the defendant pay a

19   special assessment of $100.  That's payable immediately to the

20   United States of America through the office of the clerk of

21   court in Fort Worth.

22          You wanted to participate -- you wanted your client

23   to participate in the drug program?

24          *MR. ROSS:*  I did, Your Honor.

25          *THE COURT:*  Okay.  I'm going to order -- I can't

1    order the Bureau of Prisons, but I can recommend to the

2    Bureau of Prisons that they let him participate in that

3    program.

4              MR. ROSS:  Thank you, Your Honor.

5              THE COURT:  Mr. Fogle, you have the right to appeal

6    from the sentence I've imposed, if you're dissatisfied with

7    it.  That appeal would be to the United States Court of

8    Appeals for the Fifth Circuit.

9              You have the right to appeal in forma pauperis, that

10   means without any cost to you, if you qualify for it.  You

11   have the right to have the clerk of court file a notice of

12   appeal for you, and the clerk would do that forthwith, if you

13   were to specifically request it.

14             You and your attorney have been given that form that

15   outlines certain rights and obligations in reference to an

16   appeal.  If you haven't already done so, I want the two of you

17   to review it and be sure you understand it, and once both of

18   you are satisfied that you understand it, I want you to sign

19   it and return it -- both of you sign it and return it to the

20   court coordinator.

21             Has that been done?

22             MR. ROSS:  That has been done, Your Honor.

23             THE COURT:  Okay.  The defendant's remanded to

24   custody, and the attorneys are excused.

25             MR. ROSS:  Thank you, Your Honor.

1              *COURT SECURITY OFFICER:*  All rise.

2              *(End of Proceedings)*

3                        **REPORTER'S CERTIFICATE**

4         I, Debra G. Saenz, CSR, RMR, CRR, certify that the

5    foregoing is a true and correct transcript from the record

6    of proceedings in the foregoing entitled matter.

7         I further certify that the transcript fees format

8    comply with those prescribed by the Court and the Judicial

9    Conference of the United States.

10        Signed this 17th day of March, 2017.

11

12                        /s/ Debra G. Saenz

13                        DEBRA G. SAENZ, CSR, RMR, CRR
                          Texas CSR No. 3158
14                        Official Court Reporter
                          The Northern District of Texas
15                        Fort Worth Division

16

17   CSR Expires:        12/31/17

18   Business Address:   501 W. 10th Street, Room 424
                         Fort Worth, Texas  76102
19

20   Telephone:          817.850.6661

21   E-Mail Address:     debbie.saenz@yahoo.com

22

23

24

25

**$**

$100 [3]  14/13 24/21 26/19
$5,000 [1]  14/10
$25 [2]  26/4 26/16
$5 [1]  14/12
$5 million [1]  14/12

**-**

-- irrelevant [1]  4/17
-- let [1]  25/8
-- your [1]  24/18

**/**

/s [1]  28/12

**0**

04 [2]  1/7 2/3
06 [1]  2/5

**1**

10:33 [2]  1/8 3/2
10th [2]  1/21 28/18
11 [1]  2/6
12 [1]  23/24
12/31/17 [1]  28/17
13 [1]  2/7
14 [2]  2/8 2/10
1408130D [1]  24/6
1408132D [1]  24/6
1408134D [1]  24/7
1423971D [2]  24/13 24/18
1423973D [1]  24/10
15 [2]  18/23 26/7
16 [2]  1/6 3/2
17 [8]  2/11 2/21 4/19 4/21 4/23 4/25
 13/23 28/17
1700 [1]  1/15
17th [1]  28/10
18 [2]  2/13 25/1

**2**

2 kilograms [1]  14/1
2015 [5]  5/3 5/6 5/18 7/24 13/24
2016 [3]  1/6 3/2 3/11
2017 [1]  28/10
213th [1]  24/8
214.736.1447 [1]  1/19
22 [1]  2/14
23 [1]  2/15
250 [3]  23/24 24/4 25/6
262 [1]  14/10
28 [1]  2/16
29 [1]  2/17
297th [4]  24/7 24/10 24/13 24/17

**3**

3158 [1]  28/13
327 [1]  14/10
327-month [1]  23/15
33 [1]  4/21
3553 [1]  25/2
37 [1]  14/9

**4**

424 [2]  1/21 28/18
4:16-CR-132-A [2]  1/4 3/4

**5**

500-hour [1]  20/9
501 [2]  1/21 28/18
5K1.1 [3]  2/8 10/12 14/15

**6**

65 [1]  23/19
6662 [1]  4/16

**7**

75206 [1]  1/19
76102 [2]  1/22 28/18
76102-6882 [1]  1/16
77 [1]  23/25

**8**

801 [1]  1/15
8150 [1]  1/18
817.252.5200 [1]  1/16
817.850.6661 [2]  1/22 28/20
8th [1]  3/11

**A**

a.m [2]  1/8 3/2
able [4]  19/19 19/22 20/18 21/15
about [15]  8/16 10/3 10/6 10/8 10/11
 10/16 11/16 11/19 12/13 12/14 16/17
 16/19 16/23 21/7 22/25
absolutely [1]  12/12
abstain [1]  26/13
ABT [3]  11/14 11/17 12/1
abuse [3]  18/22 18/22 20/10
accept [1]  22/13
accepted [1]  21/8
account [1]  22/9
accurate [1]  14/2
act [1]  9/13
acted [1]  9/7
action [1]  23/13
actions [3]  21/6 22/13 22/20
activities [1]  18/2
activity [1]  19/4
actually [1]  14/14
addenda [2]  3/19 3/21
addendum [2]  13/20 14/6
addiction [1]  19/5
addition [1]  16/16
additional [1]  25/17
address [3]  24/25 28/18 28/21
adequately [1]  24/25
ADHD [1]  19/20
adjudging [1]  25/4
ADMITTED [1]  2/20
adopts [2]  13/18 14/4
adult [1]  23/8
adulthood [1]  20/3
advantage [1]  20/9
afford [1]  20/17
after [1]  26/14
again [1]  10/20
age [1]  18/23
age. [1]  18/20
age. At [1]  18/20
agent [4]  6/1 6/9 6/14 6/16 8/2 8/5 8/8
 10/19 14/19
ahead [4]  10/18 11/1 15/6 16/1
alcohol [2]  26/12 26/14
all [9]  8/8 10/22 16/12 16/24 21/8 21/14
 24/25 26/14 28/1
alleged [1]  14/2
allow [1]  21/12
allowing [1]  21/15
allows [1]  19/19
Almost [1]  11/16
along [3]  10/14 15/23 21/22
already [11]  10/21 13/8 15/13 15/15
 16/25 17/4 17/5 25/8 25/9 25/10 27/16

also [8]  12/14 18/16 18/16 19/4 20/10
 23/1 24/9 26/18
although [1]  8/13
am [1]  25/16
AMERICA [4]  1/4 3/4 24/22 26/20
amount [1]  21/1
and to [1]  25/8
anger [1]  20/13
another [2]  23/24 25/18
any [20]  4/6 5/23 8/9 8/13 8/17 9/21
 11/3 12/10 13/3 13/14 13/20 14/6 14/16
 16/4 17/20 20/10 22/7 24/13 26/5 27/10
anyone [1]  8/14
anything [2]  11/5 12/23
apparently [1]  5/20
appeal [5]  27/5 27/7 27/9 27/12 27/16
Appeals [1]  27/8
appeared [1]  3/10
appropriately [1]  24/25
approved [1]  26/10
approximately [1]  15/5
are [15]  4/4 4/23 6/9 6/13 6/20 12/8
 16/16 16/18 19/12 19/16 21/21 21/21
 24/8 27/18 27/24
are -- that [1]  21/21
argument [4]  4/11 9/24 9/25 16/10
around [1]  18/23
arrest [1]  15/14
arrested [2]  15/4 15/10
Aryan [4]  8/21 8/22 11/11 11/20
as [36]
ask [8]  10/2 10/3 11/1 11/6 12/24 17/21
 19/10 21/10
ask -- was [1]  10/3
asked [4]  7/17 10/3 10/6 10/8
asking [3]  10/11 22/1 23/5
assaulted [1]  18/2
assessment [3]  14/13 24/20 26/19
assistance [4]  15/1 18/1 23/22 25/3
attorney [3]  17/13 18/8 27/14
attorneys [1]  27/24
attributes [1]  12/7

**B**

back [2]  3/10 25/8
background [2]  18/16 19/11
ballpark [1]  6/19
based [4]  3/16 5/3 17/5 23/21
be [35]
because [2]  9/10 19/2
become [1]  4/16
been [20]  6/4 6/6 6/16 10/6 10/8 10/22
 13/8 13/14 14/22 16/13 19/22 20/1
 20/24 20/24 23/13 24/1 24/1 27/14
 27/21 27/22
before [9]  1/11 3/10 5/14 9/16 10/23
 17/11 19/25 20/24 20/25
behalf [1]  18/10
being [7]  8/2 8/8 13/15 13/17 20/15
 20/25 22/20
believe [7]  3/11 3/25 9/14 12/14 19/16
 19/18 22/24
below [7]  18/3 18/6 18/12 21/11 22/2
 23/23 23/25
bench [2]  13/21 14/7
best [4]  8/23 9/18 10/5 23/2
better [3]  22/1 23/7 23/8
between [7]  5/1 5/2 5/5 5/18 7/22 12/7
 13/24
biggest [1]  20/19
Billy [1]  15/8
blame [1]  22/21
bless [1]  23/10

## B

boils [1] 9/23
boom [5] 3/2 6/22 12/13 12/17 12/21
bottom [4] 18/3 18/6 18/12 23/19
boundaries [1] 20/1
Brian [1] 15/8
brief [1] 4/10
briefly [2] 5/25 6/1
broad [1] 7/22
Brotherhood [4] 8/21 8/22 11/12 11/20
brought [1] 16/17
Bureau [3] 25/5 27/1 27/2
Business [1] 28/18

## C

call [2] 6/1 14/19
calling [1] 3/3
can [11] 6/19 9/24 13/1 14/14 15/6 18/9 19/7 19/14 22/15 22/21 27/1
can't [3] 8/23 17/1 26/25
capable [1] 22/25
carefully [1] 21/10
case [14] 1/4 3/3 6/4 8/8 10/19 15/16 16/6 21/11 24/5 24/6 24/10 24/13 24/17 25/10
cases [2] 24/8 25/9
Category [1] 14/9
cause [2] 15/14 15/15
Central [1] 1/18
certain [2] 16/8 27/15
certainly [1] 16/10
Certificate [2] 2/16 28/3
certify [1] 28/4 28/7
chance [1] 23/6
changed [2] 20/22 21/23
character [1] 21/19
charged [2] 3/12 15/5
Cherry [1] 1/15
childhood [6] 18/17 18/21 18/21 20/2 20/14 21/24
Circuit [1] 27/8
clerk [4] 24/22 26/20 27/11 27/12
client [3] 3/18 18/10 26/22
Code [1] 25/2
collection [1] 25/22
come [2] 6/2 20/23
comes [1] 7/22
coming [2] 21/4 21/4
commit [1] 25/18
committed [3] 20/4 21/14 25/5
common [2] 12/16 12/19
completed [1] 25/13
completely [1] 22/13
completion [1] 26/15
comply [2] 25/15 28/8
computer [1] 1/25
concerned [1] 8/2
concluded [1] 5/21
concludes [1] 14/8
conclusion [1] 4/4
conclusions [3] 14/4 14/5 14/6
concurrent [1] 25/9
concurrently [2] 24/5 24/9
conditions [2] 25/15 25/17
conduct [2] 10/10 23/13
conducted [1] 10/9 15/2
Conference [1] 28/9
conjunction [1] 16/21
consecutive [2] 25/7 25/10
consecutively [2] 24/12 24/16
consequences [1] 22/22
consider [2] 21/10 25/1

consideration [1] 21/15
Considering [1] 23/12
conspiracy [8] 3/14 6/17 6/20 6/21 6/22 6/16 10/13 12/24
continue [1] 4/13
contradict [2] 13/14 13/15
contribute [2] 26/3 26/15
contributed [1] 16/13
controlled [3] 3/15 25/20 26/6
convicted [1] 16/13
conviction [2] 3/16 25/16
cooperate [1] 25/22
cooperated [2] 9/4 15/25
cooperating [1] 21/5
cooperation [2] 12/17 23/21 24/1 25/3
cooperators [1] 16/22
coordinator [1] 27/20
correct [15] 5/16 6/17 7/3 7/11 7/16 7/23 8/12 8/19 9/2 9/5 9/8 9/12 9/17 9/20 28/5
cost [3] 26/3 26/15 27/10
could [2] 6/11 20/12
couldn't [1] 8/16
counseling [3] 19/20 20/11 20/12
count [1] 3/12
County [5] 24/7 24/9 24/11 24/14 24/17
couple [1] 21/25
course [3] 7/8 7/25 8/7
court [38]
Court's [3] 2/7 2/11 25/4
courtroom [1] 23/11
CR [2] 1/4 3/4
credible [4] 9/12 9/14 9/20 9/22
cries [1] 23/5
crime [1] 25/19
crimes [1] 21/14
criminal [6] 14/9 18/2 18/18 18/19 23/12 24/8
Cropp [21] 5/1 5/6 5/19 7/9 8/12 8/18 8/22 9/1 10/7 10/9 10/10 11/11 11/15 11/16 11/22 12/2 12/7 12/8 12/13 12/15 13/24
Cross [2] 2/6 11/9
Cross-Examination [2] 2/6 11/9
CRR [3] 1/21 28/4 28/13
CSR [5] 1/21 28/4 28/13 28/13 28/17
current [1] 22/21
custody [2] 25/5 27/24

## D

Dallas [1] 1/19
danger [1] 12/5
Davis [1] 3/9
day [3] 5/14 22/21 28/10
days [1] 26/7
deal [1] 20/13
dealing [2] 8/18 19/24
dealt [7] 8/2 8/11 8/18 8/21 8/24 9/1 21/7
debbie.saenz [2] 1/23 28/21
DEBRA [4] 1/21 28/4 28/12 28/13
debrief [1] 15/2
DECEMBER [8] 1/6 3/2 5/2 5/6 5/18 7/22 7/24 13/24
December 2015 [3] 5/6 5/18 13/24
decision [1] 22/16
decision-making [1] 22/16
decisions [1] 22/17
deem [2] 9/11 9/19
deemed [1] 9/22
defendant [13] 1/8 1/17 2/14 3/7 12/8 15/11 17/25 18/8 25/5 25/11 25/11 25/14 26/18

defendant -- I'm [1] 25/11
defendant's [2] 17/13 27/23
defendants [4] 15/3 15/16 15/24 16/7
defense [1] 11/1
degree [1] 26/24
delve [1] 18/16
DEPARTMENT [1] 1/14
dependency [2] 26/12
depression [2] 19/20 20/13
described [3] 10/4 12/2 24/25
DESCRIPTION [1] 2/20
detection [1] 26/13
determining [1] 22/9
developed [1] 13/15
devices [1] 20/2
did [19] 3/18 3/21 3/22 3/24 5/4 5/22 7/13 9/6 10/2 10/12 10/14 11/11 11/21 11/24 11/25 12/23 13/3 13/13 26/24
didn't [4] 7/15 9/16 21/7 22/24
different [1] 20/3
difficult [1] 18/21
Direct [4] 2/5 2/10 6/7 14/23
directed [3] 25/23 25/25 26/8
directly [1] 8/24
discharged [1] 26/1
disclosed [2] 9/16 9/17
discuss [1] 3/22
discussed [1] 21/15
dissatisfied [1] 27/6
distribute [2] 3/15 12/17
distributed [2] 5/6 13/25
distributors [1] 12/20
DISTRICT [10] 1/1 1/2 1/11 1/15 24/7 24/8 24/10 24/14 24/17 28/14
disturbed [1] 22/15
DIVISION [2] 1/3 28/15
DNA [1] 25/22
do [20] 4/6 4/18 5/23 9/10 11/5 12/10 12/10 12/17 13/22 16/21 17/20 19/16 19/18 20/20 22/1 22/11 23/2 23/4 23/8 27/12
do -- random [1] 12/10
document [1] 5/14
does [4] 4/15 9/10 14/16 20/6
doing [2] 7/10 11/24
don't [15] 7/17 7/19 7/19 7/20 7/20 8/13 8/17 9/14 9/21 9/24 10/7 10/10 10/25 11/3 13/14
don't -- it's [1] 7/20
done [4] 18/24 27/16 27/21 27/22
doubt [1] 23/4
down [6] 7/1 9/23 13/1 17/23 20/7 20/7
dramatically [1] 21/23
drug [10] 12/10 12/17 12/20 19/5 19/23 20/10 26/6 26/8 26/11 26/23
drugs [2] 12/17 19/23
duly [2] 6/6 14/22
during [5] 5/18 8/14 12/1 12/6 26/14

## E

E-Mail [2] 1/23 28/21
each [1] 3/23
education [1] 20/17
either [1] 10/9
eligible [2] 18/3 18/7
else [4] 8/14 8/15 12/23 15/23
emotions [1] 22/16
employed [1] 6/13
end [2] 19/8 22/20 28/2
endless [1] 23/5
entered [1] 3/11
entitled [1] 28/6
estimate [1] 6/19
even [1] 23/23

**E**

ever [5], 8/10 10/2 10/3 10/9 10/13
everybody [1] 15/23
everybody's [1] 15/23
everyone [3] 11/16 16/15 23/11
evidence [10] 5/23 13/3 13/5 13/8 13/10
13/14 13/15 13/22 14/3 14/16
Examination [6] 2/5 2/6 2/10 6/7 11/9
14/23
excused [1] 27/24
exhibit [4] 2/19 17/7 17/8 17/17
expecting [1] 23/6
Expires [1] 28/17
express [1] 11/24
expressed [2] 14/5 14/7
expressing [1] 4/4
Expwy [1] 1/18
extensive [1] 6/17
extent [1] 17/4

**F**

fact [4] 11/25 13/18 16/13 18/5
factor [1] 20/22
factors [1] 25/1
facts [1] 13/19
factually [1] 5/4
familiar [1] 8/4
family [1] 22/5
far [1] 8/1
father [2] 20/21 21/17
fear [2] 11/17 11/24
federal [1] 25/18
federally [1] 21/1
fees [1] 28/7
Fifth [1] 27/8
file [1] 27/11
filed [2] 5/14 10/13
find [5] 4/20 10/14 13/22 14/1 17/25
findings [3] 2/7 2/11 13/18
fine [3] 6/2 6/10 14/12
first [3] 6/6 14/22 18/14
five [3] 16/19 17/3 17/8
focused [1] 20/16
focuses [1] 8/1
FOGLE [32]
Fogle's [5] 8/6 9/8 9/19 16/3 21/24
follow [1] 22/10
followed [1] 24/19
following [1] 15/16
follows [2] 6/6 14/22
foolishly [1] 22/23
foregoing [2] 28/5 28/6
form [1] 27/14
forma [1] 27/9
format [1] 28/7
FORT [8] 1/3 1/5 1/16 1/22 24/22 26/21
28/15 28/18
forth [2] 13/19 25/15
forthwith [1] 27/12
forward [2] 21/4 21/4
found [2] 13/12 13/13
frame [1] 7/22 12/6
Frantzen [2] 15/8 16/7
friends [1] 21/22
full [2] 3/8 22/13
further [6] 11/3 12/22 13/17 17/19 17/22
28/7
future [2] 16/18 16/20

**G**

gave [3] 7/21 10/20 22/23
general [2] 11/18 12/20

generally [1] 22/10
generally. [1] 10/7
generally, [1] 10/7
get [6] 13/7 19/19 19/22 20/3 21/2
21/12
gets [1] 21/16
getting [1] 20/16
give [2] 6/19 17/7 23/16
given [3] 9/11 12/10 27/14
gives [1] 23/7
go [7] 10/8 10/18 11/1 15/6 16/1 20/6
23/23
God [2] 22/23 23/10
going [11] 9/13 10/25 19/6 19/6 19/7
23/2 23/16 23/18 23/23 24/2 26/25
gone [2] 15/22 20/7
Good [2] 6/9 6/10
got [1] 21/20
gotten [4] 18/24 19/21 21/2 21/25
government [23] 1/5 1/14 3/6 5/13 5/20
8/10 9/5 9/7 9/10 9/12 13/13 14/15
14/16 14/18 17/7 18/1 21/5 21/6 23/17
23/21 23/22 24/2 25/3
government's [5] 2/8 2/19 4/2 17/17
23/14
grips [1] 20/23
group [1] 12/17
growing [1] 21/17
guide [1] 22/16
guideline [9] 14/10 14/11 14/12 18/4
18/6 18/12 21/11 23/15 23/19
guideline -- a [1] 21/11
guidelines [2] 21/11 22/3
guilty [8] 3/12 3/14 3/17 15/18 16/9
16/11 16/13 16/15
guys [2] 9/16 10/20

**H**

had [26] 5/15 7/1 7/9 7/15 8/11 8/13
8/20 10/9 10/12 11/17 12/2 12/9 14/15
15/13 15/15 15/18 16/25 17/5 18/14
18/23 18/24 19/25 21/20 21/24 23/13
24/1
has [29]
has -- it's [1] 21/23
hasn't [2] 13/13 19/25
Hatley [6] 5/2 5/6 5/19 7/10 8/11 13/24
have [33]
haven't [1] 27/16
having [5] 6/6 8/8 14/22 20/15 23/8
he [60]
he'll [3] 22/3 26/2 26/15
he's [13] 6/4 9/20 18/7 19/21 19/21 20/1
20/24 21/2 21/4 21/8 21/14 21/20 25/12
health [1] 25/24
hear [2] 18/7 23/5
heard [1] 13/9
heart [1] 23/2
help [5] 19/7 19/22 20/5 20/12 21/12
her [2] 21/23 21/25
here [6] 3/6 3/7 3/15 19/9 19/13 24/22
highest [1] 13/14
highest-ranking [1] 11/14
him [18] 7/17 10/11 11/17 12/3 12/24
13/15 15/4 17/21 19/19 19/25 20/1
20/12 20/17 21/7 21/12 21/15 21/21
27/2
himself [4] 11/25 12/5 21/16 22/3
his [24] 9/15 12/1 15/18 16/10 18/8
18/16 18/17 18/17 18/21 18/22 18/23
19/20 20/2 20/2 20/20 21/5 21/9 21/13
21/18 21/21 21/22 22/4 22/5 25/13
history [6] 14/9 18/17 18/19 18/19 19/11

23/12
Hold [1] 5/12
Holliday [1] 12/14
Holly [1] 1/17
home [3] 18/22 18/23 19/2
Homeland [1] 6/14
honest [1] 10/16
Honor [53]
HONORABLE [1] 1/11
hotel [8] 5/20 7/10 7/13 7/15 8/11 8/14
12/13 12/15
hotels [3] 12/9 12/10 12/17
hour [1] 20/9
how [6] 6/9 6/13 6/20 14/25 16/21 16/22
humbly [1] 23/5
hundred [2] 6/23 6/24

**I**

I'll [5] 3/11 13/16 17/17 18/7 22/11
I'm [17] 3/3 6/10 6/14 8/4 10/1 16/8 18/5
22/25 23/2 23/5 23/18 23/23 24/2 24/12
24/24 25/11 26/25
I've [11] 10/13 13/20 14/6 22/15 22/19
22/23 24/24 25/7 25/9 25/10 27/6
III [1] 14/9
illicit [1] 19/23
immediately [1] 24/21 26/19
important [1] 16/2
impose [3] 22/10 23/24 24/3
imposed [2] 24/13 27/6
imposing [1] 24/12
imprisonment [6] 14/10 24/4 24/18 25/6
25/13 26/7
inaccurate [1] 5/4
incarcerated [2] 20/8 20/15
incentive [1] 20/19
include [4] 15/7 18/10 26/1 26/12
Index [2] 2/17 2/19
indicate [1] 12/8
indicated [1] 11/17
indictment [1] 3/13
individual [3] 8/25 19/14 21/16
individuals [5] 6/20 16/17 16/23 17/1
17/9
inevitably [1] 22/17
information [26] 5/21 8/14 8/16 8/17
8/20 8/24 9/8 9/11 9/13 9/16 9/19 9/21
10/20 11/19 15/3 15/13 15/18 15/19
15/23 16/9 16/10 16/17 16/19 16/22
17/1 17/5
insig [1] 4/17
instance [1] 22/14
instances [1] 10/17
instead [1] 22/24
intent [1] 3/15
intentions [1] 22/19
interaction [1] 12/7
interview [2] 5/15 7/2
interviewed [1] 10/15
interviewing [1] 12/4
interviews [2] 12/1 16/3
intoxicants [1] 26/14
investigated [1] 6/16
investigation [6] 7/25 8/6 15/4 16/25
17/3 18/1
Investigations [1] 6/15
invite [1] 22/11
involved [2] 6/20 23/13
involvement [2] 10/15 10/16
irrelevant [1] 4/17
is [44]
issue [1] 13/23
issues [4] 19/2 19/21 20/11 20/13

# I

it [46]
Something [2] 19/7
it's [14]  3/4 4/19 5/5 7/20 12/16 12/19
17/10 19/6 19/12 19/12 20/20 21/23
24/16 24/17
items [1]  3/22
its [2]  5/13 22/19
itself [1]  4/25

# J

Joe [1]  15/7
JOHN [1]  1/11
Jordan [12]  5/3 5/15 5/17 5/18 7/2 7/8
10/4 11/19 11/24 11/25 12/4 12/6
JUDGE [2]  1/11 11/2
judged [2]  22/19 22/20
judgment [1]  25/16
Judicial [1]  28/8
July [2]  3/11 3/11
July 8th [1]  3/11
just [8]  5/12 6/1 7/21 19/6 20/1 23/6
23/10 23/18
JUSTICE [1]  1/14

# K

keep [1]  10/25
keeps [1]  19/6
KEVIN [2]  1/17 1/18
kilogram [4]  5/7 5/19 7/10 13/25
kilograms [1]  14/1
kind [5]  7/22 12/9 12/9 12/16 24/24
knew [1]  7/19
know [10]  7/15 7/17 9/16 16/21 20/4
20/8 21/6 21/7 22/25 23/1
known [3]  16/25 17/3 17/5
knows [1]  21/17

# L

Lance [1]  15/8
language [2]  4/22 5/11
last [2]  19/13 21/25
later [2]  4/10 9/25
law [2]  1/18 20/25
lead [1]  19/3
leading [2]  22/14 22/17
least [5]  11/16 11/17 16/6 17/2 26/4
26/7 26/8 26/16
least -- and [1]  26/7
led [2]  19/22 20/2
LEE [5]  1/7 3/5 3/9 5/19 21/25
left [2]  18/23 20/1
lengthy [1]  7/5
leniency [1]  23/6
Leslie [2]  12/12 12/14
lesser [1]  17/4
let [7]  4/19 8/20 10/2 22/12 22/15 25/8
27/2
let's [3]  9/24 10/25 14/14
letters [1]  21/20
letting [1]  21/8
level [1]  14/8
Leverett [1]  15/8
licensed [1]  26/2
life [8]  19/3 20/1 20/2 20/10 21/23 22/18
23/1 23/8
light [1]  9/7
like [7]  4/9 5/25 9/25 15/22 17/10 18/10
22/7
list [3]  2/21 10/7 16/15
little [1]  23/23
local [1]  25/18

long [1]  22/15
longest [1]  23/1
looking [1]  21/1
lot [3]  21/19 22/1 22/1

# M

M2070 [1]  1/18
made [3]  7/8 13/21 16/10
Mail [1]  1/23 28/21
Major [1]  11/13
make [9]  9/24 9/25 14/14 18/9 18/10
22/7 22/7 22/17 23/2
making [1]  22/16
man [3]  20/21 20/22 21/17
mandatory [1]  14/13
manner [1]  3/19
many [4]  6/20 16/21 16/22 18/15
March [1]  28/10
material [1]  8/9
matter [1]  28/6
may [2]  17/23 26/1
McBRYDE [1]  1/11
McCURDY [9]  2/4 2/9 6/1 6/5 6/12
10/19 11/3 14/19 14/21
McCurdy's [1]  13/6
me [11]  3/10 4/20 8/20 10/2 15/22
22/12 22/17 22/20 22/23 23/7 25/8
meaning [1]  11/13
means [1]  27/10
mechanical [1]  1/24
medicating [1]  19/5
medication [1]  19/23
medications [1]  26/2
Melissa [1]  15/7
member [3]  8/22 11/14 12/1
members [2]  8/21 11/20
mental [2]  19/2 25/24
mentioned [5]  16/6 16/12 25/8 25/9
25/10
mercy [1]  23/5
merit [1]  4/5
message [2]  21/2 21/3
meth [1]  5/19
methamphetamine [7]  5/7 7/11 8/11 9/1
12/3 13/25 14/1
Metroplex [1]  11/14
Michael [2]  5/3 15/9
MIKE [6]  2/4 2/9 6/1 6/5 6/12 14/21
million [1]  14/12
minimize [2]  10/15 21/8
minute [1]  5/2
misguided [1]  22/15
mistakes [1]  19/4
mitigation [1]  22/8
MO [1]  12/9
model [1]  22/4
models [1]  19/25
modified [2]  13/20 14/5
moment [1]  8/20
month [3]  23/15 26/4 26/16
months [8]  14/10 19/14 23/20 23/24
23/24 23/25 24/4 25/6
more [6]  4/22 10/12 12/20 15/17 20/17
22/10
more. [1]  22/25
more. I [1]  22/25
morning [2]  6/9 6/10
most [1]  20/2
mother [2]  21/21 21/22
motion [4]  2/8 14/15 14/15 23/14
motions [1]  10/13
motivating [1]  20/22
move [1]  12/18

MR [8]  1/14 1/17 2/3 2/5 2/6 2/10 2/13
3/8
Mr [65]
Mr. Cropp [7]  5/1 7/9 8/12 8/18 8/22
9/1 10/7 10/9 10/10 11/15 11/16 11/22
12/2 12/7 12/8 12/13 12/15
Mr. Fogle [25]  5/2 7/9 8/1 8/3 8/5 8/11
8/18 8/21 9/1 9/4 9/11 9/15 10/3 10/20
14/25 15/2 15/17 16/17 16/19 18/15
19/12 19/13 22/2 22/6 27/5
Mr. Jordan [9]  5/17 7/2 7/8 10/4 11/19
11/24 11/25 12/4 12/6
Mr. McCurdy [1]  11/3
Mr. McCurdy's [1]  13/6
Mr. Ross [3]  3/7 3/18 6/8
Mr. Shawn [1]  11/11
MR. SMITH [2]  11/10 14/24
Mr. Smith's [1]  3/6
MS [1]  1/21
Ms. [3]  5/2 7/10 8/11
Ms. Hatley [3]  5/2 7/10 8/11
much [2]  22/25 26/17
my [17]  4/3 4/4 7/20 8/23 9/18 10/5 12/4
22/13 22/15 22/16 22/16 22/18 22/20
22/21 23/1 23/1 23/8
myself [3]  22/21 22/25 23/7

# N

name [2]  3/8 6/11
names [3]  10/8 16/4 16/24
narcotic [1]  26/11
needed [1]  15/14
needs [6]  19/19 19/22 20/5 21/13 21/13
21/17
never [1]  19/21
new [1]  11/1
next [1]  3/3
no [17]  1/4 2/20 7/14 8/15 8/23 8/25
12/22 12/25 13/10 13/17 17/22 17/22
20/3 23/4 24/8 24/14 28/13
NORTHERN [3]  1/2 1/15 28/14
not [19]  4/15 5/4 7/14 7/19 7/20 8/13
9/3 9/13 9/22 15/18 18/5 18/16 19/12
19/12 20/6 23/13 24/1 25/18 25/20
note [2]  18/14 18/18
noted [1]  18/21
notes [2]  7/20 19/6
Nothing [1]  17/19
notice [1]  27/11
now [8]  8/7 9/4 9/23 11/11 12/6 16/16
18/5 21/24
number [13]  3/3 4/8 4/9 4/12 4/16 4/18
15/24 17/8 24/10 24/13 24/14 24/16
24/18
numbers [2]  17/2 24/6

# O

objecting [3]  4/23 4/24 5/8
objection [8]  4/7 4/9 4/12 4/16 4/16 4/18
13/12 13/16
objections [4]  2/3 4/1 4/3 13/17
obligated [1]  24/20
obligations [1]  27/15
observed [1]  7/9
obviously [1]  8/15
occasions [6]  5/7 5/20 7/11 12/2 14/1
18/15
occur [1]  5/4
occurred [2]  5/1 7/15
of -- there [1]  3/21
offense [6]  3/12 3/13 3/14 14/8 18/16
22/14

**O**

offenses [1] 21/9
one [4] 4/9 5/23 9/14 /16
offers [1] 17/7
office [1] 1/18 24/22 26/20
officer [6] 5/22 13/12 25/23 25/25 26/9 26/11
officer's [1] 4/3
Official [1] 28/14
oftentimes [1] 19/8
Okay [33]
Okay. [5] 12/23 13/11 17/20 17/23 26/25
Okay. Did [1] 12/23
Okay. Do [1] 17/20
Okay. I'm [1] 26/25
Okay. Well [1] 13/11
Okay. You [1] 17/23
once [3] 22/18 25/12 27/17
one [6] 3/12 8/1 8/15 11/22 25/10 26/6
one-count [1] 3/12
only [1] 22/21
opinion [1] 12/4
opportunity [8] 7/1 18/15 20/16 20/18 20/21 21/12 22/3 23/7
order [3] 4/3 26/25 27/1
order -- I [1] 26/25
ordering [2] 25/4 25/11
orders [1] 26/8
other [17] 3/23 8/9 8/17 8/20 8/24 8/25 10/16 12/8 13/9 13/10 15/19 16/16 16/22 17/1 17/4 17/6 26/14
others [5] 15/1 15/20 16/8 16/22 18/2
otherwise [1] 23/20
out [3] 20/22 21/17 21/21
outlines [1] 27/15
Outside [1] 11/13
over [3] 10/25 19/13 21/25
overall [1] 10/13
overarching [2] 6/21 6/22
overrule [2] 13/11 13/16
own [2] 10/15 20/2

**P**

PAGE [1] 2/2
paragraph [4] 4/19 4/23 4/24 13/23
Pardon [1] 13/7
part [1] 23/8
participate [6] 20/12 25/24 26/10 26/22 26/23 27/2
participate -- you [1] 26/22
particular [2] 10/19 16/23
particularly [1] 12/3
path [2] 19/8 20/7
pattern [1] 19/25
pauperis [1] 27/9
pay [4] 21/13 21/13 24/20 26/18
payable [2] 24/21 26/19
Payne [1] 12/13
PC [1] 1/18
penalty [1] 21/13
people [11] 10/14 10/16 11/15 12/8 15/10 15/19 16/4 16/12 19/7 19/8 21/20
perhaps [2] 15/17 16/7
period [2] 5/18 23/1
periodic [1] 26/8
person [2] 8/9 17/2
phonetic [1] 15/9
physical [1] 18/22
physician [1] 26/2
Pierce [2] 15/7 16/7
plea [2] 3/11 3/17

plead [1] 16/13
pleaded [1] 3/14
pleading [1] 16/9
pleas [2] 16/11 20/5
please [2] 6/11 14/25
pled [2] 15/18 16/15
portion [1] 8/6
position [1] 18/5
possess [2] 3/14 25/20
possibility [1] 18/14
practice [3] 12/16 12/19 20/19
preponderance [2] 13/22 14/2
prescribed [2] 26/2 28/8
present [4] 7/1 8/14 8/15 21/22
presentation [1] 22/7
presented [1] 13/8
presentence [9] 3/19 4/1 4/1 4/19 13/18 13/19 14/5 19/1 19/11
presentence -- there [1] 4/1
previous [1] 12/2
previously [1] 16/25
primarily [1] 8/1
primary [1] 8/5
prior [1] 16/9
prison [3] 19/18 20/5 20/24
Prisons [3] 25/5 27/1 27/2
probable [2] 15/14 15/15
probation [7] 4/3 5/21 13/12 25/23 25/25 26/9 26/11
PROCEEDING [1] 2/2
proceedings [3] 1/24 28/2 28/6
process [2] 19/5 22/17
produced [1] 1/25
proffer [6] 5/3 7/2 7/5 7/8 9/6 15/2
proffered [1] 9/4
proffers [3] 8/7 9/15 16/3
program [5] 20/9 20/10 26/10 26/23 27/3
programs [2] 20/11 20/12
proposed [1] 3/13
proposed -- you [1] 3/13
prosecution [2] 15/1 18/2
provide [2] 5/19 8/16
provided [11] 9/20 9/21 11/19 14/25 15/3 15/18 16/9 16/19 16/22 16/24 17/25
providing [1] 15/19 15/23
PSR [2] 2/3 18/21
psychological [1] 19/1
purposes [1] 4/10
put [1] 20/18
putting [1] 12/4

**Q**

qualify [1] 27/10
quantities [1] 4/25
questions [4] 11/3 12/22 17/20 17/22

**R**

random [1] 12/10
range [8] 14/10 14/11 14/12 18/4 18/7 18/12 23/15 23/19
rank [1] 11/11
ranking [1] 6/14
rate [2] 26/3 26/16
RDAP [1] 20/9
read [5] 3/22 15/6 16/4 19/10 22/18
really [4] 8/2 19/21 20/3 20/23
recall [9] 7/14 7/19 7/20 8/13 9/3 9/21 10/7 10/10 12/12
recall -- we [1] 10/7
receive [3] 3/18 17/17 18/6
received [2] 17/6 17/10

recollection [3] 8/23 9/18 10/5
recommend [1] 27/1
redaction [3] 5/3 8 6/11 15/6 16/5 28/5
redeemable [1] 19/7
reduction [2] 23/19 23/25
reference [1] 27/15
refrain [1] 26/5
rekindle [1] 22/4
related [1] 12/3
relates [2] 16/2 17/8
relation [1] 16/3
relationship [1] 21/24
relationships [1] 22/4
release [5] 14/11 24/19 25/12 25/14 26/7
released [1] 20/18
reliable [3] 5/21 13/12 13/13
remanded [1] 27/23
remember [1] 22/15
report [9] 3/19 4/2 4/19 5/15 13/18 13/19 14/5 19/1 19/11
reported [2] 1/24 18/25
REPORTER [2] 1/21 28/14
Reporter's [2] 2/16 28/3
request [1] 27/13
response [4] 4/2 4/3 5/13 5/15
responsibility [3] 21/5 21/8 22/13
resulting [3] 3/16 14/1
return [2] 27/19 27/19
reurge [1] 4/9
review [1] 27/17
reviewed [2] 8/8 8/8
right [11] 7/6 11/20 12/18 16/14 16/18 20/20 22/6 22/24 27/5 27/9 27/11
rights [1] 27/15
rise [1] 28/1
RMR [3] 1/21 28/4 28/13
role [1] 19/25 22/4
room [3] 1/21 12/14 28/18
rooms [1] 12/15
ROSS [8] 1/17 1/18 2/3 2/5 2/13 3/7 3/18 6/8
round [1] 15/4
rulings [1] 13/20
run [4] 24/5 24/9 24/12 24/16

**S**

sadly [1] 22/24
SAENZ [4] 1/21 28/4 28/12 28/13
said [4] 5/17 8/25 22/18 22/20
same [7] 10/25 12/9 15/3 15/5 15/11 18/20 20/7
satisfied [2] 24/24 27/18
saw [1] 5/19
say [9] 8/4 8/5 8/23 12/19 16/24 17/4 18/5 18/11 23/10
saying [1] 22/12
says [1] 5/5
scared [1] 11/15
school [2] 18/24 18/25
seal [2] 17/11 17/18
sealed [2] 2/21 17/8
section [1] 25/2
Security [1] 6/14
see [2] 14/14 20/6
seemed [1] 18/25
seems [1] 15/22
seen [4] 4/2 10/10 10/14 17/13
self [2] 19/5 19/23
self-medicating [1] 19/5
self-medication [1] 19/23
sentence [25] 2/15 5/5 5/10 18/3 18/6 18/12 19/18 21/11 22/2 22/2 22/9 23/7

**S**

sentence [13] 23/16 23/18 23/24 24/1
24/2 24/18 25/7 24/12 24/13 24/24
25/13 25/16 27/6
sentenced [2] 22/25 23/20
sentences [2] 24/6 25/7
sentencing [6] 1/10 2/12 3/16 22/10
23/14 25/1
September [6] 5/2 5/6 5/18 7/22 7/24
13/24
seriously [1] 20/6
serve [2] 25/6 25/11
services [4] 25/25 26/1 26/3 26/16
session [2] 7/2 7/5
set [3] 13/19 20/1 25/15
seven [1] 15/3
several [5] 6/23 6/24 19/13 24/5 25/9
shall [9] 25/14 25/18 25/20 25/22 25/24
26/5 26/6 26/10 26/13
SHAWN [1] 1/14 11/11
she's [1] 21/24
should [2] 22/9 25/1
sign [2] 27/18 27/19
Signed [1] 28/10
significant [3] 12/5 18/19 23/16
since [2] 20/14 21/23
sir [18] 6/10 6/18 6/25 7/4 7/7 7/12 7/14
9/9 9/18 10/17 13/2 15/2 15/7 15/12
15/21 15/25 16/19 17/24
sit [1] 7/1
situation [1] 22/21
skills [3] 19/15 20/10 20/17
SMITH [5] 1/14 2/6 2/10 11/10 14/24
Smith's [1] 3/6
so [21] 5/5 7/15 8/15 8/25 9/15 9/19
9/23 10/8 11/24 12/3 12/16 13/15 15/13
16/9 20/8 22/1 22/3 23/5 24/2 25/4
27/16
some [16] 3/25 4/1 4/10 9/8 10/17 11/17
16/8 16/25 18/18 18/19 18/24 19/1 19/7
19/15 19/15 21/22
something [1] 11/1
somewhat [1] 8/4
somewhere [1] 22/18
son [5] 20/6 20/20 21/18 21/25 22/5
sorry [1] 10/1
sort [1] 19/7
sources [1] 17/6
special [4] 6/14 14/13 24/20 26/19
specific [5] 4/22 7/21 8/24 10/11 17/2
specifically [5] 8/18 9/1 12/12 12/20
27/13
spend [1] 23/8
spiral [1] 19/6
sprouted [1] 20/13
standard [1] 25/15
standpoint [1] 19/20
start [2] 22/12 25/12
started [1] 18/19
state [4] 3/8 6/11 24/5 25/18
stated [1] 8/10
statement [5] 7/9 13/23 14/2 18/9 22/7
Statements [1] 2/12
STATES [10] 1/1 1/4 1/11 1/14 3/4
24/21 25/2 26/20 27/7 28/9
stenography [1] 1/24
step [2] 13/1 17/23
Steppitch [1] 15/9
still [1] 4/6
Street [3] 1/15 1/21 28/11
stuff [1] 8/2
subject [5] 5/24 18/8 18/11 22/8 22/10

**T**

submit [1] 26/6
submitted [1] 21/20
substance [6] 3/15 18/22 20/10 25/21
26/6 26/13
substantial [4] 15/1 15/24 18/1 21/1
successfully [1] 26/1
Suite [2] 1/15 1/18
superseding [1] 3/12
supervised [4] 14/11 24/19 25/12 25/14
supplemental [1] 5/14
supplemented [3] 5/13 13/20 14/6
support [2] 4/10 14/17
supportive [1] 21/21
sure [1] 27/17
surprising [1] 19/12
sustain [1] 4/15
sworn [3] 6/4 6/6 14/22

**T**

take [5] 13/14 19/8 20/5 20/9 22/9
takes [1] 23/2
taking [2] 21/5 21/14
talents [2] 19/15 22/23
talked [3] 11/16 12/13 12/14
talking [1] 19/13
targets [1] 18/18 16/20 17/5
Tarrant [5] 24/7 24/9 24/11 24/14 24/17
Taylor [1] 15/8
Telephone [1] 1/16 1/19 1/22 28/20
tell [3] 7/13 14/25 19/14
telling [1] 10/16
tentative [1] 4/4
term [3] 24/19 25/6 25/12
test [1] 26/6
testified [2] 6/6 14/22
testimony [2] 2/4 2/9 4/10 13/6
testing [2] 18/24 26/12
tests [1] 26/8
TEXAS [17] 1/2 1/5 1/15 1/16 1/19 1/22
8/22 8/23 11/20 24/8 24/9 24/11 24/14
24/17 28/13 28/14 28/18
Texas -- no [2] 24/8 24/14
than [2] 10/13 13/9
thank [5] 11/2 18/13 23/10 27/4 27/25
that [178]
That -- where [1] 5/17
that's [9] 5/16 5/21 6/2 7/22 19/9 20/22
24/2 24/21 26/19
their [2] 10/15 12/17
them [6] 3/22 4/6 11/22 15/14 16/9 17/2
then [5] 3/22 4/16 12/18 21/16 24/20
there [13] 3/21 3/25 4/1 8/9 12/8 13/13
13/17 16/12 16/16 18/22 19/1 19/8
21/21
there's [3] 8/25 16/10 22/1
thereafter [1] 26/8
therefore [1] 18/3
these [2] 10/11 19/13
they [11] 4/4 8/16 8/24 11/17 15/18 17/4
17/5 19/16 20/11 21/6 27/2
thing [1] 10/13
thing. [1] 11/1
thing. If [1] 11/1
things [7] 20/16 20/19 20/20 21/6 21/14
22/8 22/24
think [5] 8/13 8/20 10/22 21/2 22/8
thinking [1] 22/16
this [23] 3/4 6/4 6/16 6/20 8/8 8/9 10/2
10/3 10/13 10/19 12/6 12/7 12/16 12/21
17/10 18/9 18/16 21/11 22/11 22/14
23/11 23/13 28/10
those [27] 3/22 8/15 15/6 15/7 15/10
15/16 16/3 16/4 16/7 16/8 16/11 16/12

**T**

16/23 17/1 17/8 19/16 20/16 20/18
20/20 21/14 22/4 22/14 24/8 26/1 26/3
26/16 28/8
three [6] 15/16 19/1 19/6 19/8 17/2
17/3
through [6] 10/8 10/22 13/15 19/4 24/22
26/20
time [13] 3/4 7/21 7/21 12/6 12/10 15/5
15/11 15/17 18/9 18/20 21/2 22/11 23/1
timely [1] 3/19
timing [1] 16/2
to -- as [1] 19/10
today [2] 3/16 19/9
told [1] 8/10
too [1] 5/22
top [1] 23/15
total [1] 14/8
tragic [1] 19/9
transaction [5] 4/25 5/9 10/3 10/9 10/10
transactions [8] 7/10 8/15 10/6 10/11
12/11 12/13 12/15 12/18
transcript [4] 1/10 1/24 28/5 28/7
treatment [4] 19/19 25/24 26/11 26/15
trouble [4] 18/23 19/2 20/25 20/25
true [1] 28/5
trying [1] 21/7
two [9] 3/21 5/7 5/20 7/11 10/11 13/25
17/4 26/8 27/16

**U**

under [3] 17/11 17/18 25/1
understand [2] 27/17 27/18
unfortunately [2] 19/3 19/7
UNITED [10] 1/1 1/4 1/11 1/14 3/4
24/21 25/2 26/20 27/7 28/9
unlawful [2] 19/4 26/5
unlawfully [1] 25/20
until [2] 19/7 25/25
up [6] 6/2 18/17 19/8 20/13 22/14 25/8
urge [2] 4/6 4/13
us [5] 8/16 9/22 12/1 12/4 15/3
use [3] 26/5 26/13 26/13
used [2] 19/15 22/23
using [2] 12/9 12/9
using -- had [1] 12/9

**V**

vast [1] 8/9
Veatch [2] 15/7 16/7
versus [2] 1/6 3/4
very [6] 5/25 6/1 17/2 18/20 18/21 23/14
visit [1] 18/15
vocational [1] 20/17
VOLUME [1] 1/10

**W**

want [11] 4/6 4/12 5/23 11/5 17/11
17/21 18/11 20/6 23/10 27/16 27/18
wanted [4] 12/24 13/3 26/22 26/22
wants [2] 20/9 21/18
was [23] 3/11 7/5 7/7 7/13 7/25 8/4 8/5
8/14 8/15 8/22 10/3 11/13 11/13 11/22
11/25 12/4 12/9 13/23 15/11 16/2 18/22
18/25 20/3
was -- I'm [1] 8/4
wasn't [2] 8/9 21/7
way [3] 19/16 20/20 22/16
we [14] 3/24 4/7 7/17 8/13 8/20 9/13
9/22 10/7 10/18 15/15 16/25 17/5 19/12
21/20
we're [5] 3/15 4/24 9/13 19/9 22/1
we've [5] 10/12 10/22 13/9 15/22 21/15
weight [1] 23/16

# W

well [10]  4/14 5/13 9/5 10/12 13/11
15/20 17/6 20/1 20/18 23/2
well-known [1]  17/3
went [2]  10/14 23/18
were [14]  3/21 3/25 4/1 11/15 15/4
15/10 15/10 15/19 16/24 17/2 17/4 17/5
19/1 27/13
what [11]  4/12 4/22 5/8 7/13 9/23 11/11
13/9 13/14 22/9 23/20 23/25
whatever [4]  14/14 18/9 18/11 23/2
whatever -- let's [1]  14/14
when [3]  3/11 20/18 21/16
where [6]  5/17 12/2 18/22 18/23 21/1
22/18
which [6]  3/13 7/15 19/22 20/2 23/15
23/25
while [5]  18/24 20/4 20/8 22/19 25/14
who [4]  11/16 15/4 15/10 21/7
whole [1]  22/18
will [15]  4/7 18/6 18/18 20/17 20/21
21/2 22/22 24/4 24/9 24/12 24/25 25/7
25/8 25/15 26/12
wish [1]  14/16
with -- it's [1]  4/19
withdraw [1]  4/7
within [1]  26/6
without [4]  4/4 23/6 23/8 27/10
Word [1]  2/17
work [3]  21/16 22/1 22/3
world [2]  22/19 22/19
WORTH [8]  1/3 1/5 1/16 1/22 24/23
26/21 28/15 28/18
would [28]  4/9 4/15 5/25 9/19 10/6 10/8
10/15 12/19 14/18 16/24 17/4 18/10
18/14 19/10 21/10 22/7 23/14 23/15
23/19 23/20 23/21 23/25 24/1 24/5 24/6
24/19 27/7 27/12
wouldn't [2]  8/4 8/5
wrong [4]  19/16 22/17 22/24 24/15

# Y

y'all [1]  15/13
yahoo.com [2]  1/23 28/21
years [4]  14/11 21/25 24/19 25/12
yes [36]
yesterday [1]  5/14
yet [1]  15/18
you [92]
you -- any [1]  16/4
you -- if [1]  23/18
you -- we've [1]  10/12
you'd [1]  9/25
you'll [1]  24/20
you're [3]  5/8 21/1 27/6
you've [3]  4/2 6/16 8/7
young [2]  18/20 20/6
your [71]

# Z

Zimmerman [1]  15/8